UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FRANCISCO ALVAREZ,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM HUTCHINGS, et al.,<br><br>Respondents. | Case No. 2:20-cv-01894-KJD-VCF<br><br>ORDER |

Before the court is respondents' motion for extension of time to file an answer to the remaining claims in Francisco Alvarez's pro se 28 U.S.C. § 2254 habeas corpus petition (ECF No. 31). Good cause appearing,

**IT IS ORDERED** that respondents' motion for extension of time to file an answer to the petition (ECF No. 31) is **GRANTED**. **The deadline to file an answer to the petition for writ of habeas corpus is June 20, 2022**.

DATED: 20 April 2022.

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

1