UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| FRANCISCO ALVAREZ, | Case No. 2:20-cv-01894-KJD-VCF |
|---|---|
| Petitioner, | ORDER |
| v. | |
| WILLIAM HUTCHINGS, et al., | |
| Respondents. | |

Respondents seek an extension of time to file an answer to the remaining claims in Francisco Alvarez's pro se 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 36.) Good cause appearing, the court grants the motion. The court notes that, absent extraordinary circumstances, it is unlikely to grant any further extension.

**IT IS ORDERED** that respondents' third motion for extension of time to file an answer to the petition (ECF No. 36) is **GRANTED**. **The deadline to file an answer to the petition for writ of habeas corpus is extended to October 19, 2022**.

DATED: 21 September 2022.

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

1