1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FRANCISCO ALVAREZ, | Case No. 2:20-cv-01894-KJD-VCF |
| Petitioner, | ORDER |
| v. | |
| WILLIAM HUTCHINGS, et al., | |
| Respondents. | |

Respondents seek a 21-day extension of time to file an answer to the remaining claims in Francisco Alvarez's pro se 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 38.) Good cause appearing,

**IT IS ORDERED** that respondents' fourth motion for extension of time to file an answer to the petition (ECF No. 38) is **GRANTED**. **The deadline to file an answer to the petition for writ of habeas corpus is extended to November 9, 2022**.

DATED: 24 October 2022.

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

1